IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES DEAN PURVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:15CV329-SRW |
| | ) (WO) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) seeking review of a decision of the Commissioner of Social Security denying his claim for benefits. For § 405(g) actions, venue is proper in the judicial district in which the plaintiff resides or has his principal place of business, unless there is no such district. See 42 U.S.C. § 405(g). In his unverified complaint, plaintiff alleges that he "is a resident citizen of Houston County, Alabama[.]" (Doc. # 1, ¶ 1). However, in the declaration that he filed in support of his motion to proceed *in forma pauperis*, plaintiff identifies his legal residence as "Marianna, Florida." (Doc. # 2-1, ¶ 12). Plaintiff's counsel has informed intake staff in the office of the Clerk of the Court that the legal residence plaintiff identified in his declaration – Marianna, Florida – is correct. Marianna lies within the Northern District of Florida. See 28 U.S.C. § 89(a)(1).

Accordingly, it is

ORDERED that, because venue is improper in this district, this action is hereby

transferred to the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 1406(a).

    DONE, this 20th day of May, 2015.

                                      /s/ Susan Russ Walker
                                      SUSAN RUSS WALKER
                                      CHIEF UNITED STATES MAGISTRATE JUDGE